IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

PATRICK MCCANTS
Plaintiff,

vs.

CITY OF FAIRHOPE ALABAMA
Defendant(s)

EEOC CHARGE NO. 425-2018-00893

Civil Action No. 19-CV-47JB-B

TITLE VII AMERICAN DISABILITIES ACT
TITLE I AMERICAN DISABILITIES

## COMPLAINT

1. Plaintiff resides at 15320 HWY 104 LOT #48 SILVERHILL AL 36576
2. Name(s) of defendant(s) CITY OF FAIRHOPE LESLIE GREEN
3. Location of principal office(s) of the named defendant(s) HUMAN RESOURCES MANAGERS LESLIE GREEN
4. Nature of business of defendant(s) CITY OF FAIRHOPE
5. Approximate number of individuals employed by defendant(s) ?
6. The acts complained of in this suit concern:

   (A) _____ Failure to employ me.

   (B) ✓ Termination of my employment.

   (C) _____ Failure to promote me.

   (D) _____ Other acts as specified below: _____

FILED FEB 4 '19 PM 12:34 USDCALS

Rev. 8/2015

7. Plaintiff is:

   (A) _____ Presently employed by the defendant.

   (B) __✓__ Not presently employed by the defendant.

   The dates of employment were _11-29-04 TO 4-23-18_

   (1) __✓__ Plaintiff was discharged.

   (2) _____ Plaintiff was laid off.

   (3) _____ Plaintiff left the job voluntarily.

8. Defendant(s) discriminated against me on account of my:

   (A) _____ Race          _____ Sex

       _____ Color         _____ National Origin

       _____ Religion

   Therefore, I am bringing this action for employment discrimination pursuant to Title VII of the Civil Rights Act of 1964, specifically, 42 U.S.C. § 2000e-5.

   (B) __✓__ Physical disability

       _____ Mental disability

   Therefore, I am bringing this action pursuant to the American with Disabilities Act, specifically, 42 U.S.C. § 12117.

   (C) _____ Age

   Therefore, I am bringing this action pursuant to the Age Discrimination in Employment Act of 1967, specifically, 29 U.S.C. § 626.

9. The name(s), race, sex, and the position or title of the individual(s) who allegedly discriminated against me during the period of my employment with the defendant company is (are) _LESLEE GREEN, WHITE, FEMALE, HUMAN RESOURCE MANAGER_

10. The alleged discrimination occurred on or about _4-23-18_

11. The nature of my complaint, i.e., the manner in which the individual(s) named above

discriminated against me in terms of the conditions of my employment, is as follows: TERMINATION OF EMPLOYMENT DUE TO ILLNESS (CANCER)

12. The alleged illegal activity took place at HUMAN RESOURCE OFFICE, FOLLOWING BY TERMINATION LETTER IN MAIL

13. I filed charges with the Equal Employment Opportunity Commission regarding alleged discriminatory conduct by defendant(s) on or about 5-21-18   9-18-18

I have attached a copy of the Notice-of-Right-to-Sue letter issued by the Equal Employment Opportunity Commission. This letter was received by me on 11-9-18

14. I seek the following relief:

(A) ✓ Recovery of back pay.

(B) ✓ Reinstatement to my former job, and any other relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

Date: 2-3-19

Signature of Plaintiff

P.O.B. 1113 POINT CLEAR
AL 36564
Address of Plaintiff

(251) 716-5858
Telephone Number of Plaintiff

Case 1:19-cv-00047-JB-B   Document 1   Filed 02/04/19   Page 4 of 4

EEOC Form 161 (11/16)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

To: **Patrick O. Mccants**
**PO BOX 1113**
**Point Clear, AL 36564**

From: **Mobile Local Office**
**63 S Royal Street**
**Suite 504**
**Mobile, AL 36602**

☐ *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 425-2018-00893 | **CYNTHIA WILSON,** Investigator | (251) 690-2251 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*Erika LaCour*     11-9-2018
Erika LaCour,     (Date Mailed)
Local Office Director

Enclosures(s)

cc: **CITY OF FAIRHOPE ALABAMA**
**Leslie Green, Human Resources Manager**
**Post Office Drawer 429**
**Fairhope, AL 36533**